IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| **LIBERTY UNIVERSITY, on its own behalf and on behalf of its students and prospective students,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**RALPH NORTHAM, in his official capacity as Governor of the Commonwealth of Virginia, and PETER BLAKE, in his official capacity as Director of the State Council of Higher Education for Virginia,**<br><br>      **Defendants.** | Case No. 6:21-cv-00002-NKM |

**GOVERNOR NORTHAM AND DIRECTOR BLAKE'S
<u>MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6)</u>**

  Defendants, Ralph Northam, in his official capacity as Governor of the Commonwealth of Virginia, and Peter Blake, in his official capacity as Director of the State Council of Higher Education for Virginia (collectively "defendants"), by counsel, and pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, respectfully move this Court to dismiss the plaintiff's Complaint for Injunctive and Declaratory Relief with prejudice.  In support, defendants rely on the Memorandum in Support filed herewith.

                     **Respectfully submitted,**

                     <u>/s/ Amy E. Hensley</u>
                     Assistant Attorney General
                     Office of the Attorney General
                     202 North 9th Street
                     Richmond, Virginia 23219
                     Telephone: (804) 371-2267
                     Facsimile: (804) 371-2087
                     ahensley@oag.state.va.us
                     *\*Counsel of Record for*
                     *Governor Ralph Northam and*
                     *Peter Blake, Director of the State*
                     *Council of Higher Education for*
                     *Virginia*

Mark R. Herring
Attorney General of Virginia

Samuel T. Towell
Deputy Attorney General

Marshall H. Ross
Trial Section Chief/Senior Assistant Attorney General

Amy E. Hensley* (VSB# 80470)
Assistant Attorney General

Sandra S. Gregor* (VSB# 47421)
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 786-1586
Facsimile: (804) 371-2087
sgregor@oag.state.va.us

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd of February, 2021, I filed a copy of the foregoing document using the Court's ECM/ECF filing system, which will send an electronic notification of the same (NEF) to counsel of record for the plaintiff.

                                             */s/ Amy E. Hensley*
                                             Assistant Attorney General
                                             Office of the Attorney General
                                             202 North 9th Street
                                             Richmond, Virginia 23219
                                             Telephone: (804) 371-2267
                                             Facsimile: (804) 371-2087
                                             ahensley@oag.state.va.us