# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Lynchburg Division

| | |
|---|---|
| **LIBERTY UNIVERSITY, on its own behalf and on behalf of its students and prospective students,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**RALPH NORTHAM, in his official capacity as Governor of the Commonwealth of Virginia, and PETER BLAKE, in his official capacity as Director of the State Council of Higher Education for Virginia,**<br><br>    **Defendants.** | **Case No. 6:21-cv-00002-NKM** |

## MOTION TO AMEND THE PRETRIAL ORDER

Plaintiff Liberty University, by counsel, moves to amend the Pretrial Order to alter the initial disclosure deadline, the expert disclosure deadline and the deadline to complete discovery.

The parties will meet and confer an effort to agree upon the above-referenced deadlines.

        **Respectfully submitted,**

        **PLAINTIFF LIBERTY UNIVERSITY**

        */s/ H. David Gibson*
        H. David Gibson (VSB No. 40641)
        GENTRY LOCKE
        10 Franklin Road S.E., Suite 900
        Roanoke, VA 24011
        Telephone: (540) 983-9300
        Fax: (540) 983-9400
        gibson@gentrylocke.com

Ropes & Gray LLP
Douglas Hallward-Driemeier
Chong S. Park
Mark S. Popofsky
2099 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 508-4600
Fax: (202) 508-4650
Douglas.Hallward-Driemeier@ropesgray.com
Chong.Park@ropesgray.com
Mark.Popofsky@ropesgray.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 16th of February, 2021, I filed a copy of the foregoing document using the Court's ECM/ECF filing system, which will send an electronic notification of the same (NEF) to counsel of record for the defendants.

*/s/ H. David Gibson*
H. David Gibson (VSB No. 40641)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
Roanoke, VA 24011
Telephone: (540) 983-9300
Fax: (540) 983-9400
gibson@gentrylocke.com

15929/7/9767792v1