IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| **LIBERTY UNIVERSITY, on its own behalf and on behalf of its students and prospective students,**<br><br>Plaintiff,<br><br>v.<br><br>**RALPH NORTHAM, in his official capacity as Governor of the Commonwealth of Virginia, and PETER BLAKE, in his official capacity as Director of the State Council of Higher Education for Virginia,**<br><br>Defendants. | Case No. 6:21-cv-00002-NKM |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Liberty University, on its own behalf and on behalf of its students and prospective students, by counsel, dismisses without prejudice its Complaint against Defendants, Ralph Northam, in his official capacity as Governor of the Commonwealth of Virginia, and Peter Blake, in his official capacity as Director of the State Council of Higher Education for Virginia. All parties agree to bear their own attorney's fees and costs.

Respectfully submitted,

*/s/ H. David Gibson*
H. David Gibson (VSB No. 40641)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
Roanoke, VA 24011
Telephone: (540) 983-9300
Fax: (540) 983-9400
gibson@gentrylocke.com

15929/7/10002080v1

          Ropes & Gray LLP
          Douglas Hallward-Driemeier (*pro hac vice*)
          Chong S. Park (*pro hac vice*)
          Mark S. Popofsky (*pro hac vice*)
          2099 Pennsylvania Ave., NW
          Washington, DC 20006
          Telephone: (202) 508-4600
          Fax: (202) 508-4650
          Douglas.Hallward-Driemeier@ropesgray.com
          Chong.Park@ropesgray.com
          Mark.Popofsky@ropesgray.com

          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July, 2021 I filed a copy of the foregoing document using the Court's ECM/ECF filing system, which will send an electronic notification of the same (NEF) to:

Amy E. Hensley (VSB No. 80470)
Sandra S. Gregor (VSB No. 47421)
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 371-2267
Fax: (804) 371-2087
ahensley@oag.state.va.us
sgregor@oag.state.va.us

*Counsel for Defendants*

          */s/ H. David Gibson*

2